**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Isen Kang*
Assistant U.S. Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*isen.kang@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2872*
*fax: (973) 297-2010*

July 22, 2026

**Via ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re: *Castellanos Rodriguez v. Blanche, et al.*, Case No. 26-7861**
**Update on Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in the above-captioned habeas matter. We respectfully write in accordance with the Court's July 21, 2026 order, directing Petitioner's immediate release. *See* ECF No. 11. U.S. Immigration and Customs Enforcement ("ICE") has advised this Office that it released Petitioner from custody today at approximately 10:25 a.m. under the same conditions (including funds and personal property) that existed prior to detention.

Respondents therefore respectfully request the Court deny the pending motion to expedite at ECF No. 12 as moot and to close this case.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Isen Kang*
ISEN KANG
Assistant U.S. Attorney
*Attorneys for Respondents*

cc: Counsel of record (by ECF)

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 7/27/26